IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FORREST BUCKLEY
now Forrest Buckley steward,

   Plaintiff,

    v.

BAYROCK MORTGAGE
CORPORATION, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-1387-TWT

## ORDER

This is a pro se action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 7]. The Plaintiff's Objections to the Report and Recommendation are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 7] is GRANTED. This action is DISMISSED without prejudice.

SO ORDERED, this 5 day of February, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge